UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MOHAMED SYLLA, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | SA-25-CV-1663-FB |
| § | |
| BOBBY THOMPSON, Warden, South § | |
| Texas ICE Processing Center; MIGUEL § | |
| VERGARA, Acting/Director of the San § | |
| Antonio Field Office U.S. Immigration § | |
| and Customs Enforcement; TODD § | |
| LYONS, Acting Director, Immigration § | |
| and Customs Enforcement; KRISTI NOEM, § | |
| Secretary of the U.S. Department of § | |
| Homeland Security; and PAMELA BONDI, § | |
| Attorney General of the United States; § | |
| *in Their Official Capacities*, § | |
| § | |
| Respondents. § | |

**ORDER RETURNING CASE
TO DISTRICT COURT**

At the request of the District Court, it is hereby **ORDERED** that this case is **RETURNED** to the District Court for consideration of the Petition for Writ of Habeas Corpus.

**SIGNED** on January 7, 2026.

_____
Henry J. Bemporad
United States Magistrate Judge